**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7736**

———————

RICARDO ANTIONE KING, a/k/a Riccardo A. King,

               Plaintiff - Appellant,

     v.

SUSAN ANN KESSLER,

               Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:13-cv-00675-JAG)

———————

Submitted: April 23, 2015         Decided: April 27, 2015

———————

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ricardo Antione King, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Antione King appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>King v. Kessler</u>, No. 3:13-cv-00675-JAG (E.D. Va. Oct. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2